FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 10, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHANIE WOODCOCK,<br><br>        Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, and ETHICON, INC.,<br><br>        Defendants. | No.   1:20-cv-03100-SMJ<br><br>**ORDER DISMISSING CASE** |

On November 10, 2021, the parties filed a stipulated dismissal, ECF No. 41. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

**1.** The parties' Joint Stipulation of Dismissal with Prejudice, **ECF No. 41**, is **GRANTED**.

**2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

**3.** All pending motions are **DENIED AS MOOT**.

**4.** All hearings and other deadlines are **STRICKEN**.

//

ORDER DISMISSING CASE – 1

//

//

     **5.**    The Clerk's Office is directed to **CLOSE** this file.

     **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

     **DATED** this 10th day of November 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2